IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CAITLIN ATWATER,                      )
Administratrix of the Estate          )
of Kathleen Hunt Peterson,            )
                                      )
            Plaintiff,                )
                                      )
       v.                             )   Civil No. 1:04CV00503
                                      )
NORTEL NETWORKS, INC.; NORTEL         )
NETWORKS U.S. DEFERRED                )
COMPENSATION PLAN; NORTEL             )
NETWORKS RETIREMENT INCOME            )
PLAN; and NORTEL NETWORKS             )
LONG-TERM INVESTMENT PLAN,            )
                                      )
            Defendants.               )

J U D G M E N T

BULLOCK, District Judge

For the reasons set forth in the memorandum opinion filed contemporaneously herewith,

IT IS ORDERED AND ADJUDGED that Defendants' motion for partial judgment on the pleadings [Doc. #14] is **GRANTED**, and Plaintiff's claim under 29 U.S.C. § 1132(a)(3) is **DISMISSED** with prejudice.

_____
United States District Judge

May 3, 2005