IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CAITLIN ATWATER,                      )
Administratrix of the Estate          )
of Kathleen Hunt Peterson,            )
                                      )
                Plaintiff,            )
                                      )
        v.                            )    Civil No. 1:04CV00503
                                      )
NORTEL NETWORKS, INC.; NORTEL )
NETWORKS U.S. DEFERRED                )
COMPENSATION PLAN; NORTEL             )
NETWORKS RETIREMENT INCOME            )
PLAN; and NORTEL NETWORKS             )
LONG-TERM INVESTMENT PLAN,            )
                                      )
                Defendants.           )


ORDER and JUDGMENT


BULLOCK, District Judge


        For the reasons set forth in the memorandum opinion filed

contemporaneously herewith,

        IT IS ORDERED that Defendants' motion for summary judgment

[Doc. #28] is **DENIED**.

        IT IS FURTHER ORDERED that Plaintiff's motion for summary

judgment [Doc. #25] is **GRANTED IN PART,** leaving for determination

only the factual issues surrounding Defendants' claims of waiver

and estoppel.

                              _____
                              United States District Judge

September 6, 2005